UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARIA DE LOS ANGELES TORRES,

          Plaintiff,

    - against -                  ECF CASE

UNITED STATES OF AMERICA,        09 Civ. 5092 ~~(DFE)~~ (RLE)

          Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09

## SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. Initial disclosures shall be made by October 16, 2009;

2. No amendment of pleadings or joining of additional parties shall be allowed after October 16, 2009;

3. Document requests and initial interrogatories shall be served by October 30, 2009;

4. All fact discovery shall be completed by March 5, 2010;

5. Disclosure of identities and reports of experts as required by Fed. R. Civ. P. 26(a)(2) shall be made by April 2, 2010;

6. All discovery shall be completed by April 30, 2010;

7. Pre-trial motions shall be filed by May 28, 2010. *If no motion, Final Pretrial Order will be due.*

SO ORDERED.

Dated: New York, New York
       October _1_, 2009

*[signature: Ronald Ellis]*

HON. RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

1

CONSENTED TO BY:

Dated: New York, New York  
October 1, 2009

By: /s/ William V. Ferro  
WILLIAM V. FERRO, ESQ.  
REBECCA J. FORTNEY, ESQ.  
Ferro, Kuba, Mangano, Sklyar, P.C.  
350 Motor Parkway, Suite 200  
Hauppauge, New York 11788  
Telephone: (631) 581-9494  
Facsimile: (631) 581-9393  
*Attorneys for Plaintiff Maria De Los Angeles Torres*

PREET BHARARA  
United States Attorney

Dated: New York, New York  
October 1, 2009

By: /s/ Bertrand Madsen  
BERTRAND MADSEN  
Assistant United States Attorney  
86 Chambers Street, 5th Floor  
New York, New York 10007  
Telephone: (212) 637-2715  
Facsimile: (212) 637-2750  
*Attorney for Defendant United States of America*

2